# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **050622-0274**
Case Numbers:
Incident Date: **5/6/2022 09:27:31**

| | | | |
|---|---|---|---|
| **Incident Type:** | NO RESPONSE | **Alarm Level:** | |
| **Priority:** | 7 | **Problem:** | Message |
| **Determinant:** | | **Agency:** | LAW |
| **Base Response#:** | | **Jurisdiction:** | GPD |
| **Confirmation#:** | | **Division:** | GPD DISTRICT 2 |
| **Taken By:** | Davidson, Ashley | **Battalion:** | GPD Zone I |
| **Response Area:** | GI 3 | **Response Plan:** | |
| **Disposition:** | N-ADVICE/ASSISTANCE GIVEN | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | | **Delay Reason (if any):** | |

| | | | |
|---|---|---|---|
| **Location Name:** | Gainesville Police Department | **County:** | ALACHUA |
| **Address:** | 545 Nw 8th Av | **Location Type:** | LAW ENFORCEMENT FACILITY |
| **Apartment:** | | **Cross Street:** | NW 4TH ST/NW 6TH ST |
| **Building:** | | **Map Reference:** | |
| **City, State, Zip:** | GAINESVILLE FL 32601 | | |

| | | | |
|---|---|---|---|
| **Caller Name:** | OLIVER, ERIC | | |
| **Method Received:** | | **Call Back Phone:** | 317-932-6376 |
| **Caller Type:** | | **Caller Location:** | |
| **Caller Address:** | | **Caller Location Phone:** | |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| GS335 | Y | 09:33:12 | N-ADVICE/ASSISTANCE GIVEN | | | | 10:53:25 | | | |

| Unit | Name |
|---|---|
| GS335 | Schramek, David (0335G) |

| Date | Time | User | Comments |
|---|---|---|---|
| 5/6/2022 | 08:12:33 | 1331A | [2] [Appended, 10:07:33] [1] REF IONC# 050522-1020, S50C |
| 5/6/2022 | 08:12:54 | 1331A | [3] [Appended, 10:07:33] [2] LOC IS STILL HARASSING COMP ABOUT HAVING HIS SERVICE DOG AT LOC |
| 5/6/2022 | 08:13:09 | 1331A | [4] [Appended, 10:07:33] [3] NEEDS LEO TO COME OUT AND EXPLAIN THE SERVICE DOG LAWS TO THE LOC |
| 5/6/2022 | 08:13:48 | 1331A | [5] [Appended, 10:07:33] [4] COMP ADV THE EMPL'S DONT UNDERSTAND IT IS A STATE STATUTE |

| Date | Time | Unit | Entry |
|---|---|---|---|
| 5/6/2022 | 08:14:18 | 1331A | [6] [Appended, 10:07:33] [5] PER PREVIOUS INC, COMPS DOG IS COVERED UNDER F.S.S. 413.08 (a) |
| 5/6/2022 | 08:14:38 | 1331A | [7] [Appended, 10:07:33] [6] COMP DOB 12/2/86 |
| 5/6/2022 | 08:15:16 | 1331A | [8] [Appended, 10:07:33] [7] 54/29 PL |
| 5/6/2022 | 08:47:14 | 1907A | [9] [Appended, 10:07:33] [8] COMP CB REF T/L |
| 5/6/2022 | 09:01:24 | 1331A | [10] [Appended, 10:07:33] [9] COMP CB REF TL |
| 5/6/2022 | 09:02:02 | 1331A | [11] [Appended, 10:07:33] [10] ADV THE LOC IS WANTING HIM TO LEAVE |
| 5/6/2022 | 09:03:46 | 1331A | [12] [Appended, 10:07:33] [11] + |
| 5/6/2022 | 09:04:15 | 1331A | [13] [Appended, 10:07:33] [12] COMP REQ 1025 AT GRACE, WILL CB WHEN OS....WILL ALLOW A CB BY LEO IN THE MEANTIME |
| 5/6/2022 | 09:10:42 | 0188A | [14] [Appended, 10:07:33] [13] *************** C4 S335 |
| 5/6/2022 | 09:11:45 | 0188A | [15] [Appended, 10:07:33] [14] ****** REF LINE 12 GPD FDSK CALL THE COMPL |
| 5/6/2022 | 09:20:55 | 0429A | [16] [Appended, 10:07:33] [15] Duplicate call appended to incident at 09:20:55 |
| 5/6/2022 | 09:23:33 | Parmentier, Walter | [17] [Appended, 10:07:33] [16] Waiting on call back from Comp |
| 5/6/2022 | 09:27:39 | 1578A | [1] SERVICE INQUIRY |
| 5/6/2022 | 10:07:33 | 1308A | [18] Dispatcher Appended [050622-0227] to this incident |
| 5/6/2022 | 10:07:33 | 1308A | [19] LINK: [] to [050622-0274] because [050622-0227] appends to [050622-0274] |
| 5/6/2022 | 10:07:33 | 1308A | [20] LINK: [050622-0227] to [050622-0274] because [050622-0227] appends to [050622-0274] |
| 5/6/2022 | 10:07:55 | 1636A | [21] Secondary Location for GS335: St Francis House, 413 S MAIN ST,GAINESVILLE, FL 32601. |