IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERIC OLIVER,

    Plaintiff,

vs.                                 CASE NO.: 1:22cv100-MW-GRJ

ST. FRANCIS HOUSE, INC.,

    Defendant.
_____/

## **REPORT OF THE PARTIES' PLANNING MEETING**

Plaintiff Eric Oliver and Defendant St. Francis House, Inc., by and through their undersigned attorneys, hereby file this Report of the Parties' Planning Meeting pursuant to this Court's Initial Scheduling Order (Dkt. 8) and state as follows:

1.     The following persons participated in a Rule 26(f) conference on Wednesday, June 29 by telephone:

   Marcy LaHart, representing Eric Oliver

   Conor Flynn, representing St. Francis House, Inc.

2.     The parties will complete by July 29, 2022 the initial disclosures required by Rule 26(a)(1).

3.     Discovery plan. The parties propose this discovery plan:

   a. Discovery will be needed on the facts alleged in the complaint and on Defendants' answer and defenses including Plaintiff's claimed

disability; whether Defendant knew or should have known of Plaintiff's claimed disability; the reasons for the complained-of actions by Defendant; Plaintiff's conduct leading to the complained-of actions by Defendant.

b. Disclosure or discovery of electronically stored information should be handled as follows: The parties agree that discoverable materials must be produced regardless of the format and any request or production of information from electronic or computer-based media shall be governed by the Federal Rules of Civil Procedure.

c. The parties have agreed to seek an order on any disputes that may arise regarding claims of privilege or of protection as trial-preparation material asserted after production, as appropriate.

d. Discovery (including any expert discovery) will commence immediately and be completed on **December 22, 2022.** The parties submit that they need five (5) additional months from now to complete discovery in this matter which raises disability discrimination and failure to accommodate claims under multiple federal laws. Discovery will involve the taking of Plaintiff's deposition and other witnesses.

  e. The maximum number of interrogatories along with the dates for answer shall be governed by the Federal Rules of Civil Procedure.

  f. The maximum number of depositions by each party shall be governed by the Federal Rules of Civil Procedure.

  g. The limits on the length of deposition shall be governed by Federal Rules of Civil Procedure.

  h. The reports of all expert witnesses shall be disclosed by Plaintiff by **August 28, 2022**; by Defendant by **September 27, 2022.**

  i. Supplementations under Rule 26 shall be made within a reasonable time after learning information calling for supplementation and in time to ensure the opposing party is not prejudiced by any failure to supplement immediately after the information was or with diligence should have been discovered.

4. Other items:

  a. The parties do not request to meet with the Court before a scheduling order is issued.

  b. The parties are open to good faith settlement discussions.

  c. The parties suggest a trial date on or after **May 1, 2023**, as set by the Court. This trial date is necessary for the parties to conduct an orderly discovery, attempt a resolution of the case, allow time for

dispositive motions to be filed and decided, and prepare for trial. The parties suggest the trial will take one day to complete.

d. The parties have conferred regarding their willingness to consent to magistrate judge jurisdiction.

Respectfully submitted this 15th day of July, 2022.

| | |
|---|---|
| MARCY I. LAHART, PA | DONNELLY + GROSS |
| By: /s/ Marcy I. LaHart | By: /s/ Conor P. Flynn |
| Marcy I. LaHart | Paul A. Donnelly |
| Florida Bar No. 967009 | Florida Bar No. 813613 |
| 249 SE Tuscawilla Road | paul@donnellygross.com |
| Micanopy, FL 32667 | Conor P. Flynn |
| Phone: 352-545-7001 | Florida Bar No. 1010091 |
| Fax: 888-400-1464 | conor@donnellygross.com |
| marcy@floridaanimallawyer.com | 2421 NW 41st Street, Suite A-1 |
| | Gainesville, FL |
| Attorney for Plaintiff | Phone: 352-374-4001 |
| | Fax: 352-374-4046 |
| | |
| | Attorneys for Defendant |