IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERIC OLIVER,

    Plaintiff,

vs.                              CASE NO.: 1:22cv100-MW-HTC

ST. FRANCIS HOUSE, INC.,

    Defendant.

_____/

## **DEFENDANT ST. FRANCIS HOUSE'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26**

Defendant St. Francis House, Inc., pursuant to Fed. R. Civ. P. 26(a)(1) and the Court's Case Management and Scheduling Order (Dkt. 18), makes its initial disclosures (other than solely for impeachment).

**A.    Individuals likely to have discoverable information upon which St. Francis House, Inc. may use to support its claims or defenses**:

(a)    Plaintiff Eric Oliver, c/o Plaintiffs' counsel, on the allegations in the complaint including, but not limited to: claims of failure to accommodate under the Fair Housing Act; claims of failure to make reasonable modifications in violation of the Americans with Disabilities Act of 1990; claims of discrimination under section 504 of the Rehabilitation Act.

(b) St. Francis House, Inc.'s Executive Director Lauri Schiffbauer, c/o Donnelly + Gross, on the allegations in the complaint and lack of unlawful conduct by Defendant on the claims of failure to accommodate under the Fair Housing Act; claims of failure to make reasonable modifications in violation of the Americans with Disabilities Act of 1990; claims of discrimination under section 504 of the Rehabilitation Act.

(c) St. Francis House, Inc.'s Director of Operations and Human Resources Kathie Dupree, c/o Donnelly + Gross, on the allegations in the complaint and lack of unlawful conduct by Defendant on the claims of failure to accommodate under the Fair Housing Act; claims of failure to make reasonable modifications in violation of the Americans with Disabilities Act of 1990; claims of discrimination under section 504 of the Rehabilitation Act.

(d) St. Francis House, Inc.'s Director of Shelter Services, Tavia Sumpter, c/o Donnelly + Gross, on the allegations in the complaint and lack of unlawful conduct by Defendant on the claims of failure to accommodate under the Fair Housing Act; claims of failure to make reasonable modifications in violation of the Americans with Disabilities Act of 1990; claims of discrimination under section 504 of the Rehabilitation Act.

(e) St. Francis House, Inc.'s Director of Client and Volunteer Services, Kristen Hickmon, on the allegations in the complaint and lack of unlawful conduct

by Defendant on the claims of failure to accommodate under the Fair Housing Act; claims of failure to make reasonable modifications in violation of the Americans with Disabilities Act of 1990; claims of discrimination under section 504 of the Rehabilitation Act.

(f) All other individuals identified by Plaintiff in his Initial Disclosures on the matters identified therein and lack of any unlawful conduct by St. Francis House;

(g) All other individuals who may be identified during the course of discovery as having knowledge on the allegations in the complaint and/or lack of any unlawful conduct by St. Francis House.

**B.    Documents, electronically stored information and tangible things in Defendant's possession, custody, or control that it may use to support its claims or defenses**:

(a) St. Francis House employee and volunteer documented statements made contemporaneously with Plaintiff's conduct; internal grievance forms concerning Plaintiff's conduct; St. Francis House, Inc.'s policies and procedures; Plaintiff's intake and admission paperwork.

(b) All documents identified by Plaintiff in his Initial Disclosures including but not limited to police reports, documentation relating to any claimed disability, documentation related to a claimed need for a service animal; documentation

regarding the subject, claimed service animal's vaccinations and records; or other relevant documents in the custody or control of Plaintiff.

    **C.**    **Statement of Damages**: Plaintiff's claims are without merit and Plaintiff is not entitled to any damages. St. Francis House reserves the right to seek attorneys' fees and costs for defending this case.

    **D.**    **Insurance**: None.

    **E.**    St. Francis House reserves the right to amend or supplement this disclosure upon further investigation, discovery or otherwise.

> Respectfully submitted,
>
> s/ Conor P. Flynn
> Conor P. Flynn
> Florida Bar No. 1010091
> conor@donnellygross.com
> Donnelly + Gross
> 2421 NW 41st Street, Suite A-1
> Gainesville, FL 32606
> (352) 374-4001
> (352) 374-4046 (facsimile)
> Attorney for St. Francis House

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by email on this 29th day of July, 2022, to counsel for Plaintiff: Marcy I. LaHart, Esq. marcy@floridaanimallawyer.com.

s/ Conor Flynn