IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERIC OLIVER,

      Plaintiff,

v.                             CASE NO. 1:22cv100-MW/HTC

ST. FRANCIS HOUSE, INC.,

      Defendant.

_____/

### **DEFENDANT'S NOTICE OF FILING EXHIBITS IN SUPPORT OF SUMMARY JUDGMENT**

Defendant ST. FRANCIS HOUSE, INC. ("St. Francis House"), pursuant to this Court's Order (ECF No. 8) and Local Rule 56.1 (2022), files this Notice listing and attaching the following exhibits in support of summary judgment:

1. Declaration of Lauri Schiffbauer

2. Transcript Excerpts of Plaintiff's Deposition

3. Declaration of Shatavia Sumpter

4. Declaration of Riley Yates

5. St. Francis House Service Animal Policy (SFH 043)

6. St. Francis House Employee Statements (SFH 033-036)

7. Grievance Forms Completed by St. Francis House Staff (SFH 037-041)

8. Resident Case Management Action Forms (SFH 044-047)

9.  St. Francis House Residential Handbook (SFH 048-060)

10. Animal Summary/Rabies Certificate dated May 9, 2022 (SFH 064)

11. Humane Society Admission Form (SFH 065)

12. Email to Schiffbauer regarding proof of vaccination on May 9, 2022

    (SFH 066)

Respectfully submitted this 12th day of January, 2023.

s/ Paul A. Donnelly
PAUL A. DONNELLY
Florida Bar No. 813613
paul@donnellygross.com
Conor Flynn
Florida Bar No. 1010091
s/ Conor Flynn
conor@donnellygross.com
Donnelly & Gross, P.A.
2421 NW 41st Street, Suite A-1
Gainesville, FL 32606
Tel: (352) 374-4001
Fax: (352) 374-4046
Counsel for St. Francis House

# EXHIBITS

1

## DECLARATION OF LAURI SCHIFFBAUER

I, LAURI SCHIFFBAUER, being of lawful age, state as follows based upon my personal knowledge:

1.      I am the Executive Director of St. Francis House, Inc. ("St. Francis House") and have been since 2019. I have over 37 years of professional and employment experience in assisting underserved populations. I have extensive experience assisting individuals with physical, medical, mental health and/or developmental issues. My previous roles have included serving as Interim Executive Director for the Humane Society of Indiana, Pennsylvania and Senior Director of Volunteer and Housing Partnerships for the United Way of North Central Florida. I have successfully and responsibly managed more than ten million dollars' worth of government grants over the course of her career. In my current role, I work to help St. Francis House residents achieve independent living.

2.      I was hired by St. Francis House as interim Executive Director in December 2019 and was brought on full-time shortly thereafter. St. Francis House, is a wraparound support organization for families with children and single mothers.

3.      St. Francis House services operate at three locations: (1) Arbor House, a communal housing center for working mothers and their children, (2) Sunrise Residence Inn, a permanent housing program assisting homeless individuals in achieving self-sufficiency, and (3) St. Francis House, the main location and original emergency shelter.

4.     The original emergency shelter provides overnight guests with three meals a day, access to laundry, case managers, and connections to community resources. St. Francis House provides emergency shelter to eight (8) families at a time, which is generally thirty-five to forty (35 to 40) people. Forty-three percent (43%) of all guests are children. If the temperature in Gainesville drops below 45 degrees Fahrenheit, St. Francis serves as a cold night shelter, in which case St. Francis House can house sixty (60) extra clients.

5.     For our operations, St. Francis House relies on funding including government grants, donations, program service revenue, and grants from other non-profits.

6.     I manage the day-to-day administration of our services and programs. Since 2019, I have routinely overseen our financials, our marketing efforts, our operations, our meals, our maintenance, and our relationships within the broader community.

7.     All residents admitted to St. Francis House's emergency shelter require an intake by Tavia Sumpter, our Director of Shelter Services.

8.     Prior to, in and since 2019, St. Francis House has routinely admitted residents with a wide range of physical, medical and/or mental health issues. Many of the residents at St. Francis House are on numerous prescription medications

which are disclosed to St. Francis House, and residents are provided secure means for storing medications.

9.    St. Francis House has served thousands of people seeking food, emergency shelter, or transitional housing since its inception. Aside from Eric Oliver, no resident has ever complained that St. Francis House has discriminated against them based on a disability or refused to provide a reasonable accommodation.

10.    St. Francis House routinely accepts residents with extensive criminal histories – including convictions for crimes of moral turpitude and violence – with substance abuse behavior, and with difficult and argumentative personalities. Working face-to-face with residents on a daily basis, we accommodate, assist and support them and their needs; regularly check on them at the transitional housing provided; and endeavor to resolve disputes among the residents.

11.    Our shelter makes every effort to accommodate our residents. Unfortunately, there are rare circumstances where we discontinue the provision of shelter services. We advise all of our residents, verbally and in writing, that failing to keep regular appointments, repeated lack of progress toward case management goals, or verbal threats will not be tolerated and are grounds for dismissal.

12.    On or about April 10, 2022, St. Francis House was contacted by Eric Oliver. We were informed Oliver's, Cheyenne Dwiggins, had given birth to a baby

girl that same day. We were informed at that time that the baby was being held in the Neonatal Intensive Care Unit (NICU). Our organization expedited the admissions process for Mr. Oliver and his family given the fragility of the baby's health and the mother's likely difficult recovery.

13.    On April 28, 2022, Mr. Oliver met with our director of shelter services, Shatavia Sumpter, for initial case implementation. All residents of St. Francis House are required to participate in weekly case management meetings. St. Francis House case managers assist residents with accessing mental health treatment providers, substance abuse treatment providers, budgeting classes, daycare, employment assistance, parenting classes, obtaining official government documentation, and public assistance benefits.

14.    On April 28, 2022, Mr. Oliver relayed his desire to have his dog, Princess, accompany him in the emergency shelter. Mr. Oliver had no documentation or his dog, Princess, ever having received a rabies vaccination. We were unable to conduct intake with the dog until proof of a rabies vaccination had been provided.

15.    On May 4, 2022, I contacted Riley Yates, the animal welfare coordinator at GRACE Marketplace, a local homeless shelter and support organization. I contacted Ms. Yates seeking her guidance and assistance in getting Mr. Oliver's dog the required vaccinations so the dog could enter the emergency

shelter safely. We facilitated Mr. Oliver's drop-off of Princess at St. Francis House so Princess could receive vaccinations and a license as required by Alachua County.

16.    On May 4, 2022, following my communications with Ms. Yates, I updated and distributed our revised policy for psychiatric service animals and emotional support animals at St. Francis House. I provided the policy to our Client Advocate Manager, Kristen Hickman, Director of Shelter Services Tavia Sumpter, and Director of Operations and Human Resources Kathie Dupree. The new policy was distributed to all client advocates over the coming days.

17.    On May 9, 2022, I was contacted by Ms. Yates, and she provided me with Princess's vaccination records and Alachua County license number.

18.    Later that same day, May 9, 2022, Mr. Oliver called the Gainesville Police Department. Two Gainesville Police Officers were at the shelter upon my arrival. Mr. Oliver refused to sign our updated service animal policy. I understood that Mr. Oliver's dog had been vaccinated that morning, so I agreed to permit Princess inside the emergency shelter. During that same incident, the officers asked to speak with me privately, at which time they relayed that Mr. Oliver's almost daily calls to 911 were not the best use of their time. I explained that I could not prevent Mr. Oliver from calling 911 but I would mention their concern. I further explained that I was doing and would continue to do my best in deescalating and

calming Mr. Oliver. The officers warned me that I should be "very careful when engaging with him," meaning Mr. Oliver, and noted that he has a troubling criminal history. I thanked them for their time, and they provided me with direct contact information in the event Mr. Oliver became violent.

19.     Following my conversation with the police officers, I asked Mr. Oliver if I could speak with him. Mr. Oliver appeared highly agitated, and came within inches of my face. I perceived him as upset, and he was spitting on me as he spoke, though I perceived this as accidental. While Mr. Oliver was speaking at me, I noticed Princess had walked away from Mr. Oliver and was balled up in the corner of the room and facing away from Mr. Oliver. As I had promised the police, I informed Mr. Oliver that the police asked me to share that the number of calls to 911 had become problematic. Mr. Oliver responded that he wanted to talk to me "as a person regardless of the attorney stuff." This was the first time I had heard anything about an attorney. Our conversation ended with a discussion of next steps to get Mr. Oliver and his family housed.

20.     On the evening of May 19 into the early morning hours of May 20, 2022, Mr. Oliver threatened members of our staff and was verbally abusive. Mr. Oliver called 911 on four separate occasions in that same window, and the police deemed all four calls as frivolous. Cheyanne, Mr. Oliver's girlfriend, told Mr. Oliver it was time for them to go. St. Francis House offered to purchase bus tickets

to anywhere Mr. Oliver and his family wanted to go. Mr. Oliver and his family elected to leave for Indiana on May 20, 2022.

21.    As was made clear to Mr. Oliver at the time of his departure and many times since, Princess had no impact whatsoever on Mr. Oliver's departure. Violence in any form cannot and will not be tolerated in a community shelter for families.

22.    As I shared in my deposition, I have invited Ms. LaHart, counsel for Mr. Oliver, to come to St. Francis House to speak with our staff about best practices for accommodating residents' needs as it pertains to support and service animals.


Executed in Alachua County, Florida this __7th__ day of January, 2023.

Lauri Schiffbauer

2

*Oliver*

*v.*

*St. Francis House*

---

**Eric Oliver**

September 27, 2022

*Oliver v. St. Francis House*

---



# SMITH REPORTING

## INDIANA COURT REPORTERS

400 North High Street, Suite 200, Muncie, Indiana 47305

800.700.3566 - 765.284.7836

www.smithreporting.net

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ERIC OLIVER,                    )
                               )
      Plaintiff,                )
                               )
vs.                            ) CASE NO.
                               ) 1:22cv100-MW-HTC
ST. FRANCIS HOUSE, INC.,       )
                               )
      Defendant.                )



THE VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

                ERIC OLIVER,


      a witness produced and sworn before me,
Diana L. Williams, a Notary Public at large in and
for the State of Indiana, taken on behalf of the
Defendant, with the deponent appearing at the
offices of Smith Reporting, 412 West 9th Street,
Anderson, Indiana and the attorneys at their
respective locations via Zoom videoconference, on
the 27th day of September, 2022, commencing at
approximately 10:05 a.m., pursuant to the Indiana
Rules of Trial Procedure, pursuant to notice.

2

                    A P P E A R A N C E S

VIA ZOOM ON BEHALF OF THE PLAINTIFF:

          Marcy LaHart, Esq.
          MARCY LAHART, PA
          249 SE Tuscawilla Road
          Micanopy, FL  32667-4222
          marcy@floridaanimallawyer.com


VIA ZOOM ON BEHALF OF THE DEFENDANT:

          Paul A. Donnelly, Esq.
          Conor Flynn, Esq.
          DONNELLY + GROSS
          2421 NW 41st Street, Suite A-1
          Gainesville, FL  32606
          paul@donnellygross.com
          Conor@donnellygross.com


THE VIDEOGRAPHER:  Kelly Haering, j-Cut Video

*

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

6

1     know that you're having trouble hearing, and

2     I'm happy to repeat a question.  If you are

3     unclear at any point as to what I'm asking,

4     please let me know, and I can restate or

5     reframe a question.  Sound good so far?

6  A. Yes, sir.

7  Q. And none of my questions are intended to

8     embarrass you or harass you, or give you a

9     hard time for the sake of giving you a hard

10     time.  I don't -- I don't want to do that, and

11     I don't intend to do that.  But we just need

12     to ask these questions for the process; is

13     that all right?

14  A. Yes, sir.

15  Q. Okay.  So, first off, if I can ask, do you

16     have your dog with you this morning?

17  A. I do not.  She is with a handler right now

18     because I can't bring her in here, because I

19     don't have --

20  Q. One more time?

21  A. No.

22  Q. And you provided a reason the dog is not with

23     you is why?

24  A. Because I had to leave her at home.  She was

25     sick.

**Eric Oliver - - September 27, 2022**
**Oliver v. St. Francis House**

11

1  Q. Okay.  When did you earn the GED?

2  A. I believe it was 2009 or 2010.

3  Q. Okay.  And how old were you at that point?

4  A. Twenty-one, twenty-two, maybe.

5  Q. Okay.  So following high school in Anderson,

6     did you pursue any type of work?

7  A. I did pursue work, yes.

8  Q. Okay.  If you could walk me through the

9     positions that you sought after high school.

10 A. May I ask why this is relevant?

11 Q. I'm hoping that I --

12      MS. LaHART:  He's just getting background,

13        Eric.  It's okay.

14 A. All right.  Well, I -- first of all, my first

15    job, I worked at a block factory, my dad and

16    I.  He got me on there.  That shut down.  And

17    then I had to work multiple side jobs when I -

18    - when I was with my first wife, buddy,

19    because my son was disabled, and she didn't

20    take care of him.  So, yes, my work history is

21    very choppy.  And then -- when do you want me

22    to stop?  Because I've had multiple jobs, bud.

23    We'd be here talking about them, because I

24    worked through Labor Ready.

25 Q. Okay.  And that Labor Ready was down here in

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

18

1      first?

2    A. The only place I lived, bud, was there in

3      Gainesville, Alachua County.

4    Q. And what brought you down to Alachua County?

5    A. The first time, when me and Cheyanne came?  Or

6      period.  The first time when I --

7    Q. No, sir.  After Indianapolis.

8    A. After Indianapolis?  Well, I was on the

9      street.  I couldn't find work.  I had already

10      previously been to Gainesville.  I knew

11      Gainesville.  And so we ended up going back

12      because I had a better chance of thriving

13      there and making it than I did in my own -- in

14      my own state.

15    Q. Okay.  Thriving and making it.  What were you

16      -- what were you hoping for coming down to

17      Gainesville?

18    A. Exactly what I got, except I could -- a job, a

19      decent job, which is what I got.  I ended up

20      doing landscaping.

21    Q. Okay.  Landscaping.  Okay.  And did you do

22      that with a company, or on your own?

23    A. With a company.

24    Q. Okay.  What company did you work with?

25    A. I worked with -- for a little while, I worked

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

25

1    Q. Okay.  I'd like to ask a few questions about

2        Princess.

3    A. Okay.

4    Q. So when did you first meet Princess?

5    A. Oh, wow.  Let me -- let me do the math here,

6        because it's -- I've had Princess for about a

7        year or two.  I had her probably eight or nine

8        months before I moved into the shelter.  So, I

9        don't know, man.  I really couldn't tell you.

10       I've had her for a couple years now almost.

11   Q. Did you have a -- where did you meet Princess?

12   A. Princess was actually a stray, and she came up

13       to me.

14   Q. Okay.  Do you remember about where?  This is

15       while you were in Gainesville, right?

16   A. I absolutely do remember where.  It was at --

17       I was on my porch when I lived on -- I lived

18       out in 47 -- 4700 -- hold on.  I'm trying to

19       remember the name of the place out there.

20       It's off Archer Road.

21   Q. Okay.

22   A. It's a trailer park.  I just don't -- Oak --

23       Oakwood Village, Oak Park Village?

24   Q. Okay.  Kind of south -- southwest part of the

25       city?

**Eric Oliver - - September 27, 2022**
**Oliver v. St. Francis House**

28

1   A. Yes, sir.

2   Q. One of the other questions I'd like to ask --

3      one of the other questions I'd like to ask.

4      Do you have any criminal history?

5   A. May I ask why that's relevant?

6   Q. This is one of the questions that I'm asking

7      in terms of gathering discoverable

8      information.

9   A. Ms. LaHart, is that really relevant?

10         MS. LaHART:  You need to answer his

11      question, Eric.

12  A. Okay.

13         MS. LaHART:  Like I said, it's just

14      background.

15  A. Okay.  Yeah, I have a criminal history.  Not

16     much of one, but I do have one.

17  Q. Okay.  I would appreciate your detailing it

18     for me.

19  A. All right.  Well, I've got a misdemeanor

20     perjury charge, and I've got a -- and I've got

21     a felony battery.

22  Q. And were those --

23  A. And I've got a -- huh?  And I've got an

24     invasion of privacy.  It's a --

25  Q. I didn't hear that last part you said.  I'm

Eric Oliver -  - September 27, 2022
Oliver v. St. Francis House

29

1       sorry.

2   A. Invasion of privacy.

3   Q. Okay.  So that's three, right?

4   A. That's all I got.

5   Q. Okay.  The misdemeanor perjury, what state was

6       that in?

7   A. Indiana.

8   Q. I believe you said felony battery.  What state

9       was that in?

10  A. Indiana.

11  Q. And invasion of privacy?

12  A. Indiana.

13  Q. Okay.  Approximately what years were those?

14  A.  18 -- okay.  The invasion of privacy happened

15      in 20__ -- hold on.  The perjury charge

16      happened in 2013, maybe.  I think it was 2013.

17  Q. Okay.  Before we move on from that, you were

18      charged with it.  You were ultimately

19      convicted of it?

20  A. Yeah.  We'll say that.  We'll say that.

21  Q. So it's a -- it's a binary -- is it the fact

22      that you were or were you not convicted of it?

23  A. It's a fact that -- if you want the truth, I

24      agreed to be convicted of it.  The judge was

25      in the wrong, and I'm looking to have that

**Eric Oliver - - September 27, 2022**
**Oliver v. St. Francis House**

34

1    A. April 10.

2    Q. Were you at the shelter before the baby was

3       born, or was it only after?

4    A. Yes.  We got in the -- we got to bring the

5       baby home to the shelter.  We got in the day

6       she was born.  I called up there, it was on a

7       Thursday, and they let us in that day.

8       Cheyanne couldn't make it because she was

9       still in the hospital.  But, yes, we were in

10      there before the baby was actually born.

11   Q. Okay.  So I would like to ask about your time

12      at St. Francis House.  So to the best of your

13      memory, is April 10 when you moved into the

14      shelter?

15   A. Moved in or signed up to come stay?

16   Q. That's -- I'm hoping you can clarify that for

17      me.

18   A. April 10 is when I signed the papers to come

19      there.  April 9 or April 10, I believe.  When

20      I came to stay, I don't remember.  I don't

21      remember.  It was probably a week, maybe.

22      Within a week.  Cause I stayed up there at

23      the hospital with Cheyanne and my child, until

24      Cheyanne got out.

25   Q. So on April 10, were you staying in St.

**Eric Oliver - - September 27, 2022**
**Oliver v. St. Francis House**

35

1       Francis?

2    A. I don't believe I was staying there on April

3       10, no.

4    Q. Okay.  Do you recall what room in St. Francis

5       you were living in?

6    A. Two.

7    Q. Okay.  Could you describe that room for me.

8    A. Oh, bunkbeds, couple shelves, hot, miserable,

9       no air conditioning, window facing Main

10      Street.  Pretty simple.  Pretty basic.

11   Q. What day was Serenity born?

12   A. April 10.

13   Q. Okay.  So you weren't living there on April

14      10.  Serenity was born on April 10, right?

15   A. Hear me out.  She went into labor April 9.

16      She had the baby April 10.  I called up there

17      around I think it was the 9th, to let them

18      know that the baby was coming.  Because she

19      had already called up there prior, and they

20      told her they had a room, and they don't know

21      if they'd have one.  Well, when I called, they

22      said, yeah, we have room.  They let us move

23      in.  Yes.  I came the day that the baby was

24      born, because they said there's not a

25      guaranty, but we could come up there and sign

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

55

1     That's actually contradicting the law.  Why

2     would I sign something against my own rights.

3     And then they made a revision.  Now the

4     revision was what I'm talking about.

5   Q. Mr. Oliver, I'd like to ask a different

6     question now.

7   A. Go for it.

8   Q. So you just mentioned reading the ADA up and

9     down.

10  A. I did.

11  Q. Familiarizing, right?

12  A. Yes.

13  Q. Okay.  Prior to coming to St. Frances House,

14    it's true that Princess was not registered

15    with the city or the county; is that right?

16  A. But she was registered when she started

17    staying there.

18  Q. I'm asking beforehand.

19  A. No.  Beforehand, you're right.  But when I

20    tried to bring her in there, she was

21    registered.

22  Q. So I just want a brief answer to the simple

23    question I'm asking, which is, before coming

24    to St. Francis House, all that period, she was

25    not registered, right?

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

56

1    A. No.  I didn't have to have her registered for

2       anyone else.  She still did her job.

3    Q. Before St. Francis House, before going there

4       on April 10 --

5    A. No, she wasn't registered, no.

6    Q. Okay.

7            MS. LaHART:  Asked and answered.

8    A. No, she wasn't.

9            MR. FLYNN:  If that's an objection, I

10       would just ask --

11            MS. LaHART:  That's an objection.  He's

12       asked -- he's answered you question, no, she

13       was not registered before going to St.

14       Francis House.

15   Q. Okay.  And we're going to move on.  Mr.

16       Oliver, I'm now going to show you what's

17       attached to the initial complaint.  This is

18       page 23.  Please let me know when you can see.

19       I'm directing your attention to the

20       highlighted portion.  I'm going to read the

21       question 19, Q and A.  "The city requires all

22       dogs to be registered and licensed.  Does this

23       apply to my service animal?"  Answer:  "Yes.

24       Service animals are subject to local dog

25       licensing and registration requirements."  Did

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

59

1    A. Yes.

2    Q. Kenetra.

3    A. And Paula.  Paula would be one.

4    Q. Paula?

5    A. Yes.

6    Q. Tina, right?

7    A. Yeah.  The whole staff -- the whole staff at

8       St. Francis House has done this.

9    Q. Okay.  So you mentioned the dog was stolen.

10   A. Yeah.

11   Q. How did -- how did you become aware that your

12      dog, as you say, was stolen?

13   A. I became aware when I went back up to the

14      hospital, because I left my dog at the same

15      hospital with a lady.  And so when I could see

16      my dog, I could see my daughter every day.  I

17      went to see my daughter, and then went to see

18      my dog.  I'd went up there, I'd found out that

19      my dog had gotten stolen.  Because I -- when I

20      was gone during the day at St. Francis, I was

21      working.  I got a call from Cheyanne stating

22      that, she said, you better come get your dog,

23      or she's getting rid of it.  Come to find out,

24      my dog -- she didn't get rid of my dog.  She

25      gave it to somebody.  She was trying to get

Eric Oliver - - September 27, 2022
Oliver v. St. Francis House

60

1    drugs, the lady that had him.  So long story

2    short, my dog got stolen.

3  Q. So the -- the person that you left the dog

4    with was a person at the hospital, right?

5  A. Yeah.  And she was in emergency surgery --

6  Q. Now, the next -- Mr. Oliver, I'm just going to

7    ask a series of questions.  So you left the

8    dog with the person at the hospital.

9  A. I didn't have a choice.

10  Q. And the person at the hospital called

11    Cheyanne, right?

12  A. No.  The person who stole the dog called

13    Cheyanne.

14  Q. And the person who had the dog with them was

15    different than the person that was at the

16    hospital?

17  A. Yes.

18  Q. Okay.  How do you know the person who took the

19    dog is different than the person at the

20    hospital?

21  A. How do I know her?  I don't know her.  I don't

22    really --

23  Q. So you would agree it's possible --

24  A. Huh?

25  Q. So I'm trying to understand how you know that

**Eric Oliver - - September 27, 2022**
**Oliver v. St. Francis House**

61

1    the person at the hospital didn't bring the

2    dog somewhere.

3    A. She was in surgery, dying.  How could she take

4    her anywhere.

5    Q. So you didn't leave the dog with an employee

6    at the hospital.  You left the dog with a

7    patient at the hospital.

8    A. Absolutely.  And the cop -- we got a cop --

9    police documentation, police reports on all

10   this.

11   Q. Okay.

12   A. And, oh, to answer your question how I got my

13   dog back?  How I know it was stolen?  Because

14   my dog had had my phone number on her collar.

15   I got a call from the --

16   Q. Mr. Oliver, I'll get to that.

17   A. Listen, please.

18   Q. Mr. Oliver, I'm going to be asking the

19   questions in this deposition.

20   A. All right.  Well, I'm finishing your answer.

21   You asked how I knew the dog was stolen,

22   right?  You want to know how I know the dog

23   was stolen, I'm giving you the explanation.

24   So, please, do you want the explanation?

25   Q. Mr. Oliver, I'm about to ask the next

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

66

1      vest?

2   A. Yes.  On.  With a tag with her name, with my

3      phone number.

4   Q. When did Princess begin wearing a vest?

5   A. She's wore a vest for a month after I had her,

6      because she was a service dog in training.

7      Because she took on all the natural things

8      that the service dog does, and the things that

9      she's done for me.  So when I looked into it,

10     I said, I'm going to get her a vest and tell

11     everybody she's in training, because she was.

12     I trained her.  Well, I didn't really train

13     her.  She naturally had the abilities.  She

14     just naturally took on the traits of a service

15     dog, and we just honed them and worked with

16     them.  So, yes, she's had that on.  She's been

17     having that on almost the whole time I knew

18     her and had her.

19  Q. And I want to clarify.  You just mentioned

20     that you did not train Princess; is that your

21     testimony?

22  A. I told you I trained Princess.  Yes, I did.

23     Let's clarify that.  Yes, I did.  I trained

24     her.  When I got her, I don't know if she was

25     previously --

**Eric Oliver -  - September 27, 2022**
**Oliver v. St. Francis House**

68

1  her, honed her skills, and made her my service

2  dog.  There is no inconsistency whatsoever.

3  Q. Mr. Oliver, it's true that beginning May 5,

4  you were at St. Francis House, right?  You had

5  been there previously, but at that point in

6  time, you were at St. Francis House.

7  A. Do what?

8  Q. On May 6, 2022, you were staying at St.

9  Francis House; is that right?

10  A. I think -- I'm not sure.  I don't know if they

11  kicked me out on the 6th or the 7th, or

12  somewhere around there.  I don't remember when

13  I got kicked out.

14  Q. There was a period of time when you were at

15  St. Francis House, and Princess was also at

16  St. Francis House; is that correct?

17  A. Oh, yeah, at that time, yeah.  Well, that

18  ranged from April 10, all the way to May 5,

19  that I would go up there and see my dog at the

20  hospital.  The dog came home on May 5.  I got

21  my dog and my baby the same day, yes.

22  Q. So the dog, the baby, and you were at St.

23  Francis House in May.  There were evenings you

24  spent at St. Francis House with the dog.

25  A. Yeah.

155

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ERIC OLIVER,                          )
                                      )
     Plaintiff,                       )
                                      )
vs.                                   ) CASE NO.
                                      ) 1:22cv100-MW-HTC
ST. FRANCIS HOUSE, INC.,              )
                                      )
     Defendant.                       )


     I, ERIC OLIVER, state that I have read the
foregoing transcript of the testimony given by me
on September 27, 2022, at my deposition;

     That said transcript constitutes a true and
correct record of the testimony given by me at
said deposition except as so indicated on the
errata sheet(s) provided herein.


FURTHER THE DEPONENT SAITH NOT



_____
ERIC OLIVER

Dated:  _____

SMITH REPORTING
400 NORTH HIGH STREET, SUITE 200
MUNCIE, INDIANA  47305
info@smithreporting.net

**Eric Oliver - - September 27, 2022**
**Oliver v. St. Francis House**

156

```
STATE OF INDIANA   )
                   ) SS:
COUNTY OF MADISON  )
```

         CERTIFICATE OF COURT REPORTER

     I, Diana Williams, the undersigned Court
Reporter and Notary Public, residing in the City
of Anderson, County of Madison, State of Indiana,
do hereby certify:

     That at the time and place described in this
transcript, the deponent, ERIC OLIVER, presented
himself before me for administration of an oath of
truthfulness, which oath I then administered;

     That I then reported to the best of my
ability in Gregg shorthand all of the words spoken
by all parties in attendance during the course of
the ensuing proceedings, including objections, if
any made by all counsel present;

     That I later reduced my stenographic notes
into the foregoing typewritten transcript form,
which typewritten transcript is a true record of
the testimony given by this witness as stated
above;

     I do further certify that I am a
disinterested person in this cause of action; that
I am not a relative or attorney or employee of any
of the parties, that I am not a relative or an
employee of such attorney or counsel, and that I
am not financially interested in this action.

     IN WITNESS HERETO, I have affixed my
Notarial Seal and subscribed my signature below
this 18th day of October, 2022.



_____
Diana Williams, Notary Public

County of Residence:  Madison
My Commission Expires:  July 5, 2023

3

## DECLARATION OF SHATAVIA SUMPTER

I, SHATAVIA SUMPTER, being of lawful age, state as follows based upon my personal knowledge:

1.    I am the Director of Shelter Services at St. Francis House, Inc. ("St. Francis House").

2.    As the Director of Shelter Services at St. Francis House, I assist clients with case management programs and work with staff to ensure service delivery to our residents. I coordinate transportation to and provision of critical services with our partner providers, including Meridian Behavioral Healthcare. I conduct an intake with all residents.

3.    Mr. Eric Oliver started as a resident at St. Francis House's Main Street location in April of 2022. On April 28, 2022, I met with Eric Oliver regarding implementation of his case management plan. During our meeting regarding his case plan, Mr. Oliver expressed concerns about his inability to obtain proper medical care and documentation for his dog named Princess. I suggested to Mr. Oliver that he reach out to GRACE Marketplace, another local organization assisting homeless individuals, or directly contact the Humane Society.

4.    On May 2, 2022, I met again with Mr. Oliver regarding his inability to have Princess appropriately vaccinated. I explained to Mr. Oliver that having Princess inside the shelter without a rabies vaccine presented a safety concern. I

further explained that St. Francis House could not conduct intake on Princess until she had all required and appropriate vaccine documentation.

5.      On May 5, 2022, I met with Mr. Oliver regarding Princess. Mr. Oliver advised that GRACE Marketplace was willing to provide shelter for the dog until Mr. Oliver was able to provide proper documentation for Princess.

6.      After 9:00 PM on May 5, 2022, Mr. Oliver returned from GRACE Marketplace with Princess. Mr. Oliver insisted on bringing Princess inside St. Francis House. Mr. Oliver contacted the police. St. Francis House had already arranged for Princess to be sheltered at GRACE Marketplace until Princess could be vaccinated. As it was 9:00 PM in the evening, and Mr. Oliver refused to leave Princess at GRACE Marketplace that night, law enforcement asked St. Francis House to allow Princess inside the shelter for the evening. Though allowing an unvaccinated dog inside presented risks, we cooperated with law enforcement and allowed the dog inside. Throughout this exchange, Mr. Oliver was yelling at St. Francis House staff.

7.      On May 6, 2022, as arranged by St. Francis House and GRACE Marketplace, Mr. Oliver brought Princess over to GRACE Marketplace where there is a staff member who works as an Animal Welfare Coordinator. The Animal Welfare Coordinator returned Princess to Mr. Oliver at St. Francis House on May 9, 2022.

8.      Over the weekend from May 6 to May 9, 2022, Oliver continued to disrupt staff and St. Francis House operations.

9.      On May 9, 2022, I met with Mr. Oliver to review St. Francis House's service animal policy and to conduct intake on Princess. I informed Mr. Oliver that he needed to acknowledge our policy and follow up with required documentation. When I informed Mr. Oliver I would be printing a form for his signature, he left abruptly and told me he would not sign anything before speaking with his lawyer. This was the first I had heard of attorney involvement concerning Mr. Oliver.

10.     During the evening of May 9, 2022, St. Francis House staff noted that Mr. Oliver left the shelter on multiple occasions without his service animal and without authorization per our policy manual. All incidents were documented within St. Francis House's standard grievance procedure.

11.     Per shelter policy, disturbances and issues involving operations are documented in real time by staff on duty.

12.     By May 11, 2022, Mr. Oliver had accumulated several grievances and been written up for leaving his service animal uncrated and unattended in his room. That same day, Mr. Oliver yelled at a staff member and used aggressive and vulgar language with her. The staff member – a client advocate – quit that day, citing her fear of future interactions with Mr. Oliver.

13.     By May 12, 2022, Mr. Oliver had accumulated a verbal warning, a written warning, and a third formal warning. The third warning is our final level and, per policy, results in a mandatory exit from the shelter. In Mr. Oliver's case, we did not exit him following his third and final warning, as his family was in a particularly vulnerable state. Mr. Oliver received a fourth warning on May 15, 2022. We did not exit Mr. Oliver on May 15, 2022.

Executed in Alachua County, Florida this _9th_ day of January, 2023.

_____
Shatavia Sumpter

4

## DECLARATION OF RILEY YATES

I, RILEY YATES, being of lawful age, state as follows based upon my personal knowledge:

1.     In 2022, I served as the Animal Welfare Coordinator at GRACE Marketplace ("GRACE").

2.     GRACE Marketplace is a one-stop homeless resource center serving Gainesville and Alachua County.

3.     In my role as Animal Welfare Coordinator, I worked with staff and guests on the GRACE campus to ensure animals are safe, healthy, and able to exist peacefully with other residents on campus.

4.     On May 4, 2022, at approximately 11AM, Mr. Oliver, a guest staying at St. Francis House contacted me on my work phone regarding temporary care for their service dog as she was not able to stay with him. Oliver was not able to stay at GRACE due being with his young child.

5.     On May 4, 2022, at approximately 2 PM, I was contacted by Lauri Schiffbauer, the Executive Director of St. Francis House. Ms. Schiffbauer and I spoke about how we could get Princess the necessary veterinary attention so Princess could stay inside St. Francis House.

6.     On May 5, 2022, GRACE offered to board Princess on site until she could be vaccinated appropriately, but Mr. Oliver declined and opted to stay with the dog elsewhere for the evening.

7.    On May 6, 2022, Mr. Oliver brought Princess to GRACE for temporary boarding. Princess remained in an individual kennel while I coordinated services for Princess.

8.    From May 7 to May 9, 2022, GRACE staff provided daily care to Princess while awaiting an appointment with veterinary services.

9.    On May 9, 2022, I brought Princess to the Humane Society of North Central Florida to ensure she was up to date on all required, routine veterinary care. This included a vaccination for protection against rabies.

10.    Later on May 9, 2022, following her appointment, Princess was returned to Mr. Oliver outside of St. Francis House. I provided paperwork to Mr. Oliver including licensing and vaccination records from the Humane Society. I ensured Mr. Oliver had my contact information in case there were any questions regarding Princess's care. I also offered services to Mr. Oliver for future needs such as monthly flea and heartworm prevention.


Executed in Alachua County, Florida this 9 day of January, 2023.

Riley Yates

5

**St. Francis House**

413 South Main Street, Gainesville, FL 32601

*Creating New Futures*

## Protocol for Service Animals at St. Francis House, Arbor, and Sunrise Inn Residence

1. The resident or guest must have a note from a licensed medical or mental health provider verifying the need for an emotional support or service animal.
2. The animal must be registered as an emotional support or service animal.
3. The animal must be current on all appropriate vaccinations and flea/tick medications.
4. The animal must remain on a leash or in a carrier when not in their assigned room.
5. The animal must be under the handlers control at all times.
6. The resident or guest is responsible for immediately removing any animal waste and disposing of it appropriately.
7. Communal bathing areas may not be used for bathing animals.
8. If at any time the animal makes excessive noise, is aggressive or unkept and creating noxious odor, the animal will be evicted from the shelter or residence.

I _____ have read, understand and agree to adhere to the protocol herein stated.


Print Full Name I _____


Handlers Signature I _____


I agree to and understand that if at any time the stated protocol is violated,


my animal will be evicted from the The St. Francis House

ST FRANCIS  00043

6

To whom it may concern,

I, Monique Wilks witnessed on Monday May 9, 2022 resident Eric coming out of his room on the phone with the police department. He was yelling very loudly saying that he wanted a officer to come down to St. Francis House because he was being discriminated against. He told dispatch that he was being picked on with the rules that was implemented concerning his service dog that he didn't agree with. Ms. Sherry told him to calm down and lower his voice because he was disturbing the facility with his loud outburst of talking on the phone with dispatch. But he continued to talk loudly on the phone which caused me to tell Ms. Sherry I don't feel the job was for me because I was really bothered by all of the yelling. Immediately after she asked him again to lower his voice and he still continued. Meanwhile, Ms. Sherry suggested that I go sit in the office to lighten how I was disturbed by his loud yelling. Once I found out that he was outside on playground in the back on his phone, I then returned to the front desk. And then Ms. Sherry thought we should go to the kitchen and prepare the dinner food to get me away from all the noise. When we were about finished prepping the food Eric attempted to apologize to Ms. Sherry and I for his outburst while in the dining area. Next, Ms. Sherry and I proceeded to the front desk. I then told Mrs. Paula that I was going to speak to Kristen and let her know that I would have loved to stay and continue my shift but I felt Eric's outburst made me afraid to stay and continue because it seemed that he would not calm down from being so upset about the rules. I then proceeded to tell Kristen that I felt the job was not for me because of the constant loud yelling from Eric that seemed to never end and after that I quit and left the company as of May 9, 2022.

Sincerely,

Monique Wilks

May 12, 2022

ST FRANCIS  00033

Monday, May 16, 2022 at 09:17:44 Eastern Daylight Time

**Subject:** work environment
**Date:** Friday, May 13, 2022 at 8:18:47 PM Eastern Daylight Time
**From:** Saint Francis
**To:** Kristen Hickmon

I have been very uncomfortable at work, I feel like I have to walk on eggshells on every shift I work 11pm-7am and the 3pm-11pm shift. I love my job but to a certain level I feel harassed by Eric Oliver, I have been trying to do my job to the best of my ability but at this point when is enough going to be enough. As a client advocate I am here to enforce the rules and make sure everybody is safe and abiding by them equally but it seems for any reason something doesn't go Mr.oliver's way he has called the police. I am writing to inform you of my concerns about my work environment and I am very uncomfortable at work because of the recent situations that have occurred.  .

**Subject:** Sherry's Incident Report
**Date:** Saturday, May 14, 2022 at 9:54:11 AM Eastern Daylight Time
**From:** Jess Moffitt
**To:** Kristen Hickmon

Monday - May 9th, 2022

I came in for my shift from 3-11PM, and I was getting ready to train Miss Monique on how to work the shift when I was informed that Mr. Oliver, Eric was on the phone with the police regarding his service dog. In the process, he came out of his room highly agitated and started raising his voice at the operator on the phone and getting angrier as he was speaking, making Miss Monique uncomfortable with his aggression. I had to inform him that he needed to calm down and that there were other residents and children in the building, and that he was making everyone uncomfortable.

At first he was not complying, and I just simply lowered my tone and energy to get him to focus on me and he finally agreed and settled down and took his conversation outside. As a result of this, Miss Monique quit.

Sherry Moffitt

7:33

◄ Instagram

**K**

Kenetra ›

Ok

Today 7:26 PM

Eric wants to start a fuss about his chores not being signed off on

I told him once again I wasn't here and yesterday i signed off on what you did

And have him a grievance form he asked for

I need a vacation until he is gone

Omg

If he don't calm down I'm calling cops

He is in room yelling and there is loud noises like he threw something and he is yelling at cheyanne

I love my job but I can't do this everyday man

Somebody has to do something

If you feel you need to call the cops for your safety call them

Read 7:33 PM

7

# Grievance Form
## St. Francis House

Name: (Last/First/Middle) McClendon, Kenetra

Date of Birth: _____

Cell Phone: _____

Date: 5-11-22    Time: Overnight shift

At 11:30pm Eric asked for a drink from Kitchen, I told him Kitchen closes at 9pm per Shelter rules. Eric called police while in his room, police arrived around 12 mid-night stating Staff would not let him get drink from Kitchen, I informed officer of shelter rules, officer went to Eric's room + asked to speak with him outside. After Eric + officer spoke outside, Eric went back to his room + officer left, officer did not speak with me or have any comments after speaking with Eric.

Around 1:00 A.M. Eric asked if he could take his dog out for restroom before he leaves for work, he stated he had to be to work at 3 A.M., I told him sure No Problem, Eric said ok, He went back to his room + for the rest of the night Eric did Not leave his room nor did He leave for work at any time during the Night or time he said that he had to leave.

Signature: Kenetra M    Date: 5-11-22

ST FRANCIS 00037

# Grievance Form
## St. Francis House

Name: (Last/First/Middle) Cheyanne , Duriggins
Date of Birth: 12/21/1987
Cell Phone: N/A
Date: 12/21/1987          Time: 8:45ish - 9:00ish pm

She went into the dining room to look for her
cup of rce. Ms. Amber had moved it to the kitchen
window to be able to complete her chore. Cheyanne
then sat on one of the tables that had not
been clean. Ms. Amber asked her to please move
so she could do her chore. Attitude came from
both Ms. Amber and chegannt and nonesense was
said on both sides and it continced from both
when I told them to back off and not speak
to each other.

- Pablo

Signature: _____          Date: 5/12/22

ST FRANCIS  00038

# Grievance Form
## St. Francis House

Name: (Last/First/Middle) Oliver, Eric
Date of Birth: 12/02/1986
Cell Phone: N/A
Date: 5/12/22          Time: 9:08 pm

Eric took the window cleaner to use it to mop the floor as Ms. Amber was also going to grab it to clean the mirrors in the bathroom. She went to go grab it ask for it from eric and there was something said that I did not catch which escalated to eric calling her a "crazy bitch". I then told him to walk away and not speak with her I tried to not escalate the situation but he walked towards the mop and continued saying non-sense.

- Pablo

Continuation - 9:18 pm

Eric called 911 and the ambulance proceeded proceeded to show up at around 9:20 ish. not sure what they showed up for but but from speaking with paramedic Im able to guess it might be due to panick attack /stress

Signature: _____          Date: 5/12/22

ST FRANCIS 00039

# Grievance Form
## St. Francis House

Name: (Last/First/Middle) Amber , Hunter
Date of Birth: 11/18/1962
Cell Phone: N/A
Date: 5/12/22                Time: 8:45ish - 9is pm

As Ms. Amber started doing her chore she moved Cheyanne cup from the table it was sitting on to the Kitchen window. Cheyanne then went to go ask where it was placed and Ms. Amber pointed it out to her. Cheyanne then sat on a table that was get to be clean and Ms. Amber with some attitude asked her to please move because it was almost 9 pm and she wanted to get her chore done by then. Cheyanne the responded and said some things that I did not catch and brickering between Ms. Amber and Cheyanne started. I asked them to cut it out and walk away from each other and to Stop speaking to each other. Ms. Amber then said something else which caused Cheyanne to respond back to Ms. Amber. Ms. Amber then played it off as if She was speaking to me and not cheyanne

← Pablo

Continuation - 9:18 pm
Ms. Amber went to ask Eric for the window cleaner to clean the windows and brickering started with between them which continued shortly after I told them to Stop speaking to each other

Signature: _____              Date: 5/12/22

# Grievance Form
## St. Francis House

Name: (Last/First/Middle) Room 2; Oliver, Eric ; Dwiggins Cheyanne

Date of Birth: 5/14/22

Cell Phone: N/A

Date: 5/14/22     Time: 11:25pm - 11:34pm

Excesive baby crying and screaming coming from room 2 (Eric oliver; cheyanne dwiggins) followed by what sounded like a smack

- Pablo

Signature: [signature]     Date: 5/15/22

8

**St. Francis House**

**Resident Case Management Action Form**

Name: Eric Oliver

Date: 5/09/2022                          Time: 10:15am

**Level of Warning:**

   **X**  Verbal Warning

     Written Warning

     Exit from the Shelter

**Reason for Warning:**
Missed Mandatory Monday Meeting
Missed Progress Meeting
Missed Curfew
Missed Mandatory Breakfast
Displayed disruptive behavior
Did not follow mandated COVID rules and regulations
Did not complete chores
Unacceptable Behavior
Stayed out and came back without documentation
Broke shelter rules and regulations

Describe the Resident unsatisfactory performance/behavior: Client displayed disruptive behavior with other clients in the shelter. Client became argumentative when instructed by staff to calm down. Used vulgar language when speaking with a case manager.

_____          _____

Resident Signature                                  Case Manager

_____          _____

**St. Francis House**

**Resident Case Management Action Form**

Name: Eric Oliver

Date: 5/10/2022                                        Time: 9:00am

**Level of Warning:**

      Verbal Warning

   **X**  Written Warning

      Exit from the Shelter

**Reason for Warning:**
Missed Mandatory Monday Meeting
Missed Progress Meeting
Missed Curfew
Missed Mandatory Breakfast
**X** Displayed disruptive behavior
Did not follow mandated COVID rules and regulations
Did not complete chores
**X** Unacceptable Behavior
Stayed out and came back without documentation
**X** Broke shelter rules and regulations

Describe the Resident unsatisfactory performance/behavior: Client displayed disruptive behavior with staff and residents at the shelter.

_____                    _____

Resident Signature                                     Case Manager

_____                    _____

**St. Francis House**

**Resident Case Management Action Form**

Name: Eric Oliver

Date: 5/12/2022                                    Time: 9:00pm

**Level of Warning:**

    Verbal Warning

    Written Warning

  **X**  Exit from the Shelter

**Reason for Warning:**

Missed Mandatory Monday Meeting

Missed Progress Meeting

Missed Curfew

Missed Mandatory Breakfast

**X** Displayed disruptive behavior

Did not follow mandated COVID rules and regulations

Did not complete chores

**X** Unacceptable Behavior

Stayed out and came back without documentation

**X** Broke shelter rules and regulations

Describe the Resident unsatisfactory performance/behavior: Client was witness by staff arguing with another resident. The client was instructed by staff to step away from the resident and the client moved closer continuing to be argumentative with the resident and using vulgar language. The client was disruptive and refused to follow shelter rules.

_____                    _____

Resident Signature                                             Case Manager

_____                    _____

ST FRANCIS  00046

**St. Francis House**

**Resident Case Management Action Form**

Name: Eric Oliver

Date: 5/15/2022                              Time: 7pm

**Level of Warning:**

    Verbal Warning

    X Written Warning

    Exit from the Shelter

**Reason for Warning:**

Missed Mandatory Monday Meeting

Missed Progress Meeting

Missed Curfew

Missed Mandatory Breakfast

X Displayed disruptive behavior

Did not follow mandated COVID rules and regulations

Did not complete chores

X Unacceptable Behavior

Stayed out and came back without documentation

X Broke shelter rules and regulations

Describe the Resident unsatisfactory performance/behavior: After dinner client took two gallons of drinks back into his room. When asked to return them by client advocate staff Eric proceeded to give staff a hard time. He finally decided to return the drinks, afterwards another client approached the client advocated and stated that Eric had told her that he spit in both drinks before returning them to the kitchen refrigerators.

Case Manager X_____                    5/15/2022

Resident_____                    _____

ST FRANCIS  00047

9

# St. Francis House Residential Handbook

Copyright 2020 February



## Our Mission

Here at St. Francis House we understand All people desire freedom from suffering. With this belief at the core of our mission. Our primary focus of St. Francis house is to aid in the transition to end homelessness by providing services for immediate needs that can ultimately play a part in cultivating, transforming and stabilizing lives. We do this by providing emergency food, temporary shelter, transitional housing options, and other related supportive services. We strive to provide a safe and secure environment for the homeless and hungry populations in Alachua County.

ST FRANCIS  00049

## BEDTIMES/ LIGHTS OUT

- **Children/Teen Quite Time**
  - o All children and teens who are not working are required to be in the room by 8:30pm.
- **Adult Quite Time**
  - o All Adults who are not working are required to be in rooms at 11:00pm.

## Daily Check-in/ Check-out
- There is a room check-in, check-out located by client services front desk.
- When you are inside the shelter your room needs to say in house, if you are leaving the shelter for the day, your room needs to say out of shelter.

## CURFEW:
- All residents need to be checked back into St. Francis House each night before 9pm.
- Clients are not able to leave the shelter after curfew. If you decide to leave after curfew, you will not be allowed back into the shelter until 8am.
- The only exceptions to this will be those who need to go to the emergency room. Upon return you will need to provide the client services or case management with the discharge paperwork.

## Over Night Passes
- If you are needing an overnight pass. You will need to meet with a case manager and complete an overnight request form. The case manager will determine the approval or denial with in 48 hours.
- You are responsible in finding out who will complete your chore during the time of your absence.

ST FRANCIS  00058

10

5/9/22, 9:20 AM                                      Clinic HQ

# Humane Society of North Central Florida Clinic



4205 NW 6th st, GAINESVILLE, FL 32609 | Phone: 352-373-5855

# Animal Summary / Rabies Certificate

**GRACE Marketplace**
3055 NE 28th Dr, Gainesville, FL 32609, Alachua
Cell: 352-234-3352
ryates@gracemarketplace.org

### Princess (22-2068)

| | | | |
|---|---|---|---|
| Species | Dog | Visit Date | 5/9/2022 |
| Sex | Female | Animal Type | Owned |
| Age | 3 Years, 0.0 Months | Microchip Number | --- |
| Breed | Mixed Breed mixed | Spayed/Neutered | |
| Color | Tan / White | Weight | 63.80 lbs |

### Rabies Vaccine

| | | | |
|---|---|---|---|
| Producer | Elanco | Date Vaccinated | 5/9/2022 |
| Type | One Year | Expires | 5/9/2023 |
| Vaccine Lot Number | E003024A (expires 3/23/2023) | Veterinarian | Emma Johnson License # VM14315 |
| Tag Number | 418 | Signature | *Emma J. Johnson* |

### All Products / Services

| Date | Description |
|---|---|
| 5/9/2022 | DA2PP - booster in 3-4 weeks |
| 5/9/2022 | Rabies 1 year vaccine [418] |
| 5/9/2022 | Rabies Tag - Partial |

This is not an invoice.

ST FRANCIS 00064

11

*no sx* (handwritten)

**DEPOSIT:** _____ (CC/CASH/CHECK)
**DUE:** _____ (CC/CASH/CHECK)

**Humane Society of North Central Florida**
**Spay-Neuter Clinic**
(352) 373-5855 • www.humanesocietyncfl.org
## ADMISSION FORM

**Animal ID No** _____
**Surgery Start Time:** _____
**Surgery End Time:** _____

**Date of Surgery** 5|9|22

**Dr:** _____

**Your First Name or Organization** GRACE
**Your Last Name** _____
**Your Pet's Name** Princess
**Pet's age or DOB** 3y

**Has Microchip?** ☐ Y ☐ N
☐ Cat  ☒ Dog   ☐ Male  ☒ Female   #: _____   ☐ Waiver   OFFICE USE ONLY

**Pet's color(s)** tan/wht
**Pet's Breed** mixed
**Pet's Veterinarian** _____
**Weight** 63.8 Lbs.

**Mailing Address (If feral, address where trapped)** _____
**City** _____
**State** _____  **ZIP** _____

**Phone Number (where we can reach you TODAY)** _____
**Alternate Phone Number** _____
**Email Address** _____

### OWNER/CLIENT COPY

HSNCF will treat at our clinic, at minimal cost, any post-op complication resulting directly from the surgery, if the post-op instructions are followed in full. Your regular veterinarian must address illnesses or injuries that are not a direct result of surgery. Please call the clinic as soon as you see cause for concern. We cannot be held responsible for complications resulting from failure to follow post-op instructions, or for contagious disease for which the animal was not previously properly vaccinated.

| Procedures | Notes |
|---|---|
| ☒ Spay | Ovariohysterectomy – unless otherwise noted, there are no sutures to remove. |
| ☐ Neuter (Scrotal) | Scrotal Castration – unless otherwise noted, there are no sutures to remove. |
| ☐ Neuter (Prescrotal) | Prescrotal Castration – unless otherwise noted, there are no sutures to remove |
| ☐ Already Neutered | Contact this clinic if you notice signs of undescended testicles. |
| ☐ Already Spayed | Contact this clinic if you notice signs of heat. |
| ☐ In Heat | **\*If in heat, keep away from intact males for at least two weeks post-surgery.\*** |
| ☐ Pregnant | |
| ☐ Cryptorchid Ing / Abd | Undescended testicle(s), your pet may have multiple incisions. Unless otherwise noted, there are no sutures to remove. |
| ☐ Umb. Hernia Repair | **\*\*Please have your pet wear the e-collar for 14 days post-surgery.\*\*** |
| ☐ Postpartum / Lactating | **\*\*Remove any bandages/wraps immediately.\*\*** |

Please see your regular veterinarian to address the following concerns about your pet:
☐ Fleas  ☐ Ticks  ☐ Tapeworms  ☐ Other (See Below)

**Test Results:** Heartworm: + / –
FeLV: + / –    FIV: + / –

Rabies Tag # 140938
BAR + sweet, heart + lungs auscultate WNL, overweight, intact (needs spay)

| Pre-op Medication: | Induction & Reversal: | Post-op Medication: | ____cc Strongid PO    ____cc Marquis PO |
|---|---|---|---|
| ____cc Acepromazine 10 mg/ml  SQ  IM | ____cc Ketamine 100mg/ml  IV  IM | ____cc Meloxicam 10 mg/ml  SQ  IM | ____cc Praziquantel  SQ |
| ____cc Buprenorphine 0.3 mg/ml  SQ  IM | ____cc Midazolam 5mg/ml  IV  IM | ____cc Meloxicam 1.5 mg/ml  PO | ____cc Revolution  top. |
| ____cc Morphine 10 mg/ml  SQ  IM | ____cc DKB  IV  IM | ____mg Trazodone PO BID ____days | ____ Lidocaine 1% Splash Block |
| Maintenance: Isoflurane + O₂ | ____cc Antisedan  SQ  IM | ____cc Buprenorphine 0.3 mg/ml  SQ  IM  TM | ____ Epinephrine Splash Block |

| Requested Feline Services | Requested Canine Services | Other Services | |
|---|---|---|---|
| ☐ Leukemia  ☐ Booster in 3 weeks | ☐ Bordetella Vaccine | ☐ Flea Treatment | ☐ Ear Cleaning |
| ☐ FVRCP  ☐ Booster in 3 weeks | ☒ DAPP  ☒ Booster in 3 weeks | ☐ Microchip | ☐ Nail Trim |
| ☐ Rabies Vaccine (1-year) | ☐ Rabies Vaccine (1-year) | ☐ General Dewormer | ☒ Rabies Tag (Full $10 / Partial $40) |
| ☐ FeLV / FIV Test | ☐ Heartworm Test | ☐ Tapeworm Dewormer | ☐ Other: _____ |
| ☐ Ear Tip | ☐ Trazodone | ☐ E-Collar | ☐ Other: _____ |

☐ I HAVE PROOF OF CURRENT RABIES VACCINATION
☐ YES, I'd like to donate $_____ to help spay/neuter pets.

_____
SIGNATURE

_____
DATE

*Humane Society of North Central Florida is recognized under the IRS as exempt under section 501c3 and is registered with the Florida Division of Consumer Services, License number CH715. Donations are tax deductible to the full extent of the law.*
A COPY OF THE OFFICIAL REGISTRATION AND FINANCIAL INFORMATION MAY BE OBTAINED FROM THE FLORIDA DIVISION OF CONSUMER SERVICES BY CALLING TOLL-FREE, WITHIN THE STATE, 1-800-HELPFLA, OR VIA THE INTERNET AT WWW.800HELPFLA.COM. REGISTRATION DOES NOT IMPLY ENDORSEMENT, APPROVAL, OR RECOMMENDATION BY THE STATE.

PAGE 2 OF 3

12

| | |
|---|---|
| **From:** | Lauri Schiffbauer Black |
| **To:** | Riley Yates |
| **Subject:** | Re: Princess Oliver UTD vaccine records |
| **Date:** | Monday, May 9, 2022 11:23:26 AM |

Thanks so much!!

Lauri Schiffbauer, Executive Director
St. Francis House, Inc.
413 South Main Street
Gainesville, FL 32601
Lauris@stfrancishousegnv.com
724-388-8463 (cell)

**From:** Riley Yates <ryates@gracemarketplace.org>
**Sent:** Monday, May 9, 2022 9:53:41 AM
**To:** Lauri Schiffbauer Black <Lauris@stfrancishousegnv.com>
**Subject:** Princess Oliver UTD vaccine records

Hello,
This is proof of up to date vaccine records we have obtained for the dog PRINCESS OLIVER.
She was given the Alachua County license number #140938.
Thank you

Consider donating a Kuranda dog bed through the Kuranda
ShelterBeds Program here.

**Riley Yates**
**She/Her/Hers What is this?**
Animal Welfare Coordinator o.
352.792.0800 x135
c. 352.234.3352
f. 352.505.3977
**Co-Sheltering & Animal Welfare
Program**

ST FRANCIS 00066